IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 19-CR-2063 |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | Count 1 |
| | ) | 18 U.S.C. § 922(g)(1): Possession of |
| JACK GOOD, | ) | Firearms by a Felon |
| | ) | |
| Defendant. | ) | Count 2 |
| | ) | 18 U.S.C. § 922(j): Possession of a |
| | ) | Stolen Firearm |

The Grand Jury charges:

## Count 1

### Possession of Firearms by a Felon

On or about November 21, 2018, in the Northern District of Iowa, defendant
JACK GOOD, knowing he had previously been convicted of a crime punishable by
imprisonment for a term exceeding one year, knowingly possessed firearms,
specifically, a Taurus PT-111 Millennium, 9mm Para. Caliber pistol and a Hi-Point
(Beemiller Inc.) CF380, .380 ACP caliber pistol, and the firearms were in and
affecting commerce.

Defendant was previously convicted of the following crimes punishable by
imprisonment for a term exceeding one year:

1. Failure to Comply with the Sex Offender Registry (Second Offense), in the
   Iowa District Court for Black Hawk County, on or about December 15,
   2015, in case number FECR207405; and

2. Theft in the Second Degree, in the Iowa District Court for Black Hawk
   County, on or about March 12, 1996, in case number FECR057342.

1

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 2

## Possession of a Stolen Firearm

On or about November 24, 2018, in the Northern District of Iowa, defendant JACK GOOD knowingly possessed a stolen firearm, that is, a Taurus PT-111 Millennium, 9mm Para. Caliber pistol, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

This was in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

A TRUE BILL

s/Foreperson                                    9/24/19
Grand Jury Foreperson          Date

PETER E. DEEGAN, JR.
United States Attorney

By:

ANTHONY MORFITT
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 9/24/2019
ROBERT L. PHELPS, CLERK

2